**COURTESY COPY**

**WILMERHALE**

January 12, 2015

**VIA ECF**

Charles C. Platt

+1 212 230 8860 (t)
+1 212 230 8888 (f)
charles.platt@wilmerhale.com

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SLS Capital, S.A. v. HSBC Bank USA, N.A.*, No. 14-cv-6846 (JGK)

Dear Judge Koeltl:

In accordance with Rule 1.E of this Court's Individual Practices, Defendant HSBC Bank USA, N.A. ("HSBC") respectfully submits this letter-motion requesting permission to respond to the complaint of Plaintiff SLS Capital S.A. ("SLS") on March 23, 2015, sixty days after the current deadline of January 20, 2015 imposed by Federal Rule of Civil Procedure 12(a)(1)(A)(ii).

HSBC requests additional time due to the complex issues introduced by the complaint, which includes eleven causes of action and asserts issues of foreign law. HSBC has conferred with SLS, and SLS consents to this request. This is the first request for an extension by HSBC, and it affects no other scheduled dates for this litigation.

Respectfully submitted,

/s/ Charles C. Platt
Charles C. Platt

cc: All Counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-13-15

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
1/13/15

RECEIVED
JAN 13 2015
CHAMBERS OF
JOHN G KOELTL
U.S.D.J

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Washington

COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                )

SLS CAPITAL, S.A. (IN LIQUIDATION),    )
                                               )   Case No. 14-6846 (JGK)
                          Plaintiff,    )
            - v. -                    )   **RULE 7.1 DISCLOSURE**
                                               )   **STATEMENT**
HSBC BANK USA, N.A.,                  )
                                             )
                         Defendant.  )
------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1, Defendant HSBC Bank USA, N.A. submits this disclosure statement identifying any parent corporation and any publicly held corporation that owns 10 percent or more of its stock.

      1.      HSBC Bank USA, N.A. is a wholly owned subsidiary of HSBC USA Inc., which is indirectly owned by HSBC Holdings plc, a United Kingdom Corporation.

      2.      The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as sponsored American depository receipts.

Dated: January 12, 2015
          New York, New York

                                        By: /s/ Charles C. Platt
                                        Charles C. Platt
                                        David Zetlin-Jones
                                        Joseph J. Yu
                                        WILMER CUTLER PICKERING HALE AND DORR LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        Tel.: (212) 230-8800
                                        Fax: (212) 230-8888

                                        *Counsel for HSBC Bank USA, N.A.*