UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SLS CAPITAL,

                Plaintiff(s),

      -against-

CRT CAPITAL GROUP,

                Defendant(s).
--------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

14 civ 5620 (JGK)
14 civ 6846 (JGK)
14 civ 7243 (JGK)

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Monday, February 16, 2015,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
         January 14, 2015

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2015
```