UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                              )
SLS CAPITAL, S.A. (IN LIQUIDATION),           )
                                              )
                              Plaintiff,      )   Case No. 14-6846 (JGK)
                                              )
              - v. -                          )   **ORDER**
                                              )
                                              )
HSBC BANK USA, N.A.,                          )
                                              )
                              Defendant.      )
------------------------------------------------------------X

IT IS ORDERED THAT the pretrial conference, which was originally scheduled to be held on February 16, 2015, be held on March 24, 2015, at 4:30 am/pm in courtroom 12B.

Dated: 1/23, 2015
       New York, New York

                                                  _____
                                                  HON. JOHN G. KOELTL
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-26-15