# WILMERHALE

February 25, 2015

**Charles C. Platt**

+1 212 230 8860 (t)
+1 212 230 8888 (f)
charles.platt@wilmerhale.com

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *SLS Capital, S.A. v. HSBC Bank USA, N.A.*, No. 14-cv-6846 (JGK)

Dear Judge Koeltl:

We represent HSBC Bank USA, N.A. ("HSBC"), the defendant in the above-referenced action. In accordance with Rule 1.E of this Court's Individual Practices, we request the Court adjourn the pre-trial conference currently scheduled to be held before Your Honor on March 24, 2015.

HSBC requests respectfully that the Court postpone the pre-trial conference until after the Court has had an opportunity to consider HSBC's proposed motion to dismiss, a pre-hearing conference concerning which has been requested by separate cover.  We expect that full briefing on the motion, and Your Honor's decision on the motion, could significantly change the parties' discovery obligations, as well as the time and effort necessary to prepare for trial, in the event any of the claims survive.

Alternatively, we request that the March 24 conference be adjourned until the week of April 13, 2015, as the undersigned counsel will be on a family vacation the week of March 24 and counsel for the Plaintiffs is unavailable the week of March 30 or April 6.

We have consulted with counsel for the Plaintiffs and they consent to this request for an adjournment, which will not affect any other scheduled dates for this litigation.   The parties have submitted one previous request for an adjournment of this conference, which was granted on January 26, 2015.

Respectfully submitted,

/s/ Charles C. Platt
Charles C. Platt

cc:      All Counsel (by ECF)