UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SLS CAPITAL,

                Plaintiff,

                                          14 civ 6846 (JGK)

-against-

HSBC BANK USA,

                Defendant.
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, March 24, 2015 is hereby **advanced to Monday, March 9, 2015.**

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        March 3, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/3/15